```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID'S BRIDAL, INC.,                :
                                     :
        Plaintiff,                   :
                                     :      18-cv-04349 (JSR)
        -v-                          :
                                     :      ORDER
INFOR (US), INC.,                    :
                                     :
        Defendant.                   :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED

Dated:   New York, NY
         July 27, 2018                    _____
                                          JED S. RAKOFF, U.S.D.J.